### KERR *v.* CROWN COTTON MILLS.

COBB, J. In a suit by an employee against a master, a manufacturing company, for damages resulting from personal injuries, it was not error for the court to grant a nonsuit where the evidence did not show

that the injury was the result of defendant's negligence, but showed that if it was due to the fault of any one, it was owing to the negli-. gence of a fellow-servant of the plaintiff. *McDonald* v. *Eagle & Phenix Mfg. Co.*, 67 *Ga.* 761, 68 *Ga.* 839; *McGovern* v. *Columbus Mfg. Co.*, 80 *Ga.* 227. *Judgment affirmed. All the Justices concurring.*

Argued June 16, — Decided July 26, 1898.

Action for damages. Before Judge Fite. Whitfield superior court. October term, 1897.

*J. M. Neel, S. P. Maddox* and *O. N. Starr,* for plaintiff.
*I. E. Shumate* and *R. J. McCamy,* for defendant.

*Judgment reversed. All the Justices concurring.*